Opinion issued June 19, 2003 






 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00590-CV

____________


IN RE EARL SILAS BINGLEY, Relator







Original Proceeding on Petition for Writ of Mandamus





 

MEMORANDUM OPINION

 Relator has filed a petition for writ of mandamus complaining that the
Fourteenth Court of Appeals erroneously affirmed his 25-year sentence for
aggravated sexual assault. See Bingley v. State, No. C14-85-488-CR, slip op. at 3-4
(Tex. App.--Houston [14th Dist.] 1986, no pet.). This Court has no mandamus
jurisdiction over the Fourteenth Court of Appeals. See Tex. Gov't Code Ann. §
22.221 (Vernon Supp. 2003).

 Accordingly, the petition for writ of mandamus is denied.PER CURIAM

Panel consists of Chief Justice Radack, and Justices Alcala and Higley.